UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JERRY D. HALL, | ) Case No. 2:23-cv-07997-SK |
| Plaintiff, | ) |
| | ) **JUDGMENT FOR VOLUTARY** |
| v. | ) **REMAND PURSUANT TO** |
| | ) **SENTENCE FOUR OF 42 U.S.C. §** |
| | ) **405(g)** |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated:  June 27, 2024 _____
THE HONORABLE STEVE KIM
U.S. MAGISTRATE JUDGE

-1-